1   SARINA SALUJA, SBN 253781
    E-Mail ssaluja@fisherphillips.com
2   MARIANNA BERTIKIAN, SBN 322596
    E-Mail mbertikian@fisherphillips.com
3   FISHER & PHILLIPS LLP
    444 South Flower Street, Suite 1500
4   Los Angeles, California 90071
    Telephone: (213) 330-4500
5   Facsimile: (213) 330-4501

6   Attorneys for Defendant
    American Airlines, Inc.
7

8                UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  MIN WEN WANG,                      CASE NO.:

12              Plaintiff,             [Removed from Los Angeles Superior
                                       Court, Case No. 19STCV09598
13       v.
                                       **DECLARATION OF CAROLINE**
14  AMERICAN AIRLINES INC.; and        **RAY IN SUPPORT OF DEFENDANT**
    DOES 1 through 20, inclusive,      **AMERICAN AIRLINES, INC.'S**
15                                     **NOTICE OF REMOVAL OF**
                Defendants.            **ACTION UNDER 28 U.S.C. SECTION**
16                                     **1441(B) (DIVERSITY)**

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CAROLINE RAY IN SUPPORT OF DEFENDANT AMERICAN AIRLINES, INC.'S
NOTICE OF REMOVAL

1

## DECLARATION OF CAROLINE RAY

2      1.    I, Caroline Ray, hereby declarant of my own knowledge, except where
3  stated upon information and belief and, as to those matters, I believe them to be
4  true.  If called upon to testify, I could and would competently testify thereto.

5      2.    I am American Airlines, Inc.'s Corporate Secretary.  In my position
6  with American Airlines, Inc., I am familiar with American Airlines, Inc.'s
7  corporate records.

8      3.    American Airlines, Inc. is a Delaware corporation with its principal
9  place of business in Fort Worth, Texas.

10      I declare under penalty of perjury that the foregoing is true and correct.
11  Executed on August 14, 2019.

12

13

14                        *Caroline B. Ray*

                      Caroline Ray

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On August 15, 2019 I served the foregoing document entitled **DECLARATION OF CAROLINE RAY IN SUPPORT OF DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(B) (DIVERSITY)** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Michael Freiman | Attorney for Plaintiff, |
| Law Office of Michael Freiman | MIN WEN WANG |
| 100 Wilshire Blvd., Ste. 700 | |
| Santa Monica, CA 90401 | Tel. No. (310) 917-1022 |
| | Email.   mike@employlegal.com |

☒    **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐    **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐    **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Network Express, whose business address is 1533 Wilshire Boulevard, Los Angeles, CA 90017.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed August 15, 2019 at Los Angeles, California.

| | |
|---|---|
| Tatiana Le | By: */s/ Tatiana Le* |
| Print Name | Signature |